THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JUSTIN SINCLAIR ASHLEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:24-cv-119-CAR-CHW |
| v. | : | |
| | : | |
| STAN SHEPPARD, | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER ON RECOMMENDATION
## BY THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation by the United States Magistrate Judge to grant Defendant's Motion for Summary Judgment because the *Gumm v. Jacobs* Settlement Agreement precludes this action. No objections have been filed, and the time for doing so has expired. This Court agrees with the findings and conclusions of the United States Magistrate Judge. Thus, the Recommendation [Doc. 25] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate Judge, Defendant's Motion for Summary Judgment [Doc. 16] is **GRANTED**. The Clerk is DIRECTED to enter judgment in favor of Defendant.

**SO ORDERED**, this 10th day of February, 2026.

S/ C. Ashley Royal _____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1