IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JUSTIN SINCLAIR ASHLEY,                    *

             Plaintiff,            *

v.                                                              Case No.  5:24-cv-00119-CAR-ALS

                                            *

STAN SHEPPARD,

                                            *

             Defendant.

                                            *

## J U D G M E N T

Pursuant to this Court's Order dated 2/10/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of February, 2026.

                                  David W. Bunt, Clerk


                                  s/ Raven K. Alston, Deputy Clerk